RIVIERE ET AL. *v.* QUINLAN ET AL.

[No. 218, October Term, 1955.]

*Decided, per curiam, May 4, 1956.*

The cause was argued before Brune, C. J., and Dela-
plaine, Collins, Henderson and Hammond, JJ.

*Alden W. Hoage,* with whom was *William A. Volkman,
Jr.,* on the brief, for the appellants.

*Rourke J. Sheehan, Assistant County Attorney for Mont-
gomery County,* and *Frederick Orr Louden,* with whom were
*Charles M. Irelan, County Attorney, Frederick DeJoseph*
and *R. R. Linowes* on the brief, for the appellees.

PER CURIAM.

The appellees have filed a motion to dismiss the appeal
because the appeal was not filed within the time prescribed
by law and upon another ground. We deem it unnecessary
to consider the second ground, since the Court is unanimously
of the opinion that the appeal must be dismissed for failure
to appeal within thirty days after a final order.

The appellants filed a bill in equity to which the appellees
demurred, and their demurrers were sustained to the whole
bill, without leave to amend, on October 24, 1955. The
appellants filed a motion for rehearing on November 9, 1955,
which was denied on January 6, 1956. The appeal in this
case was entered on January 26, 1956.

The order of October 24, 1955, was a final order. *Miller,
Equity Procedure,* Sec. 136; *Young v. Cockman,* 182 Md.
246, 34 A. 2d 428, and cases therein cited; *Columbian Car-
bon Co. v. Kight,* 207 Md. 203, 114 A. 2d 28. The filing
of a motion for rehearing did not operate to rescind the
order of October 24th or to stay or suspend its operation. See
*Hancock v. Stull,* 199 Md. 434, 437, 86 A. 2d 734.

The appeal was not taken within thirty days from Octo-
ber 24, 1955, and must be dismissed. Rule 5 of our Rules
and Regulations Respecting Appeals.

*Appeal dismissed, with costs.*